**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| WUILMER JOSE CARDENAS VARGAS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00204-CMS |
| | ) | |
| GARY STOLZER, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM AND ORDER**

Petitioner Wuilmer Jose Cardenas Vargas has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, but he has neither paid the filing fee nor filed a motion for leave to proceed *in forma pauperis*. "The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis." E.D. Mo. Local Rule 2.01(B)(1).

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner must either pay the $5.00 filing fee or submit a motion for leave to proceed *in forma pauperis*, within **fourteen (14) days** of the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to Petitioner a copy of the Court's form "Motion to Proceed *in Forma Pauperis* and Affidavit in Support – Habeas Cases."

**IT IS FINALLY ORDERED** that if Petitioner fails to comply with this Order, the Court will dismiss this action without further notice.

Dated this 3rd day of September, 2026.

CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE